Order issued October **19**, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01102-CV

---

### RONALD KINABREW, Appellant

### V.

### INERGY PROPANE, L.L.C., Appellee

---

## ORDER

---

We **GRANT** appellant's October 16, 2012 second unopposed motion for an extension of time to file a brief. We **ORDER** appellant's brief tendered to this Court on October 16, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE